# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# (WHEELING DIVISION)

RELYKS, LLC,

        Plaintiff,

v.

CHESAPEAKE APPALACHIA, LLC,
SWN PRODUCTION COMPANY, LLC

        Defendants.

CASE NO. 5:18-CV-00135-JPB

ELECTRONICALLY FILED

## ORDER OF VOLUNTARY DISMISSAL

This matter is before the Court on Plaintiff Relyks, LLC's and Defendant Chesapeake Appalachia, L.L.C.'s Joint Motion for Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Upon consideration of the Joint Motion, it is hereby ORDERED that the Joint Motion is GRANTED. All claims against Defendant Chesapeake Appalachia, L.L.C. are hereby DISMISSED WITH PREJUDICE. Each party is to bear its own attorneys' fees and costs.

Dated: 1-24-2019

Judge John Preston Bailey
United States District Judge